In the Matter of DAVID G. POLLOCK, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued October 11, 1943; decided November 24, 1943.

*Louis Susman* and *Harry H. Oshrin* for appellant.

*Nathaniel L. Goldstein, Attorney General (John C. Crary, Jr., Orrin G. Judd, Wendell P. Brown* and *Ruth K. Toch* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.